**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

JUL 19 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LUIS SANCHEZ-VERGARA and CONCEPCION IBARRA, <br><br> Petitioners, <br><br> v. <br><br> JEFFERSON B. SESSIONS III, Attorney General, <br><br> Respondent. | No.  16-70203 <br><br> Agency Nos.  A075-595-502 <br>      A070-784-384 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 11, 2017[**]

Before:   CANBY, KOZINSKI, and HAWKINS, Circuit Judges.

Luis Sanchez-Vergara, a native and citizen of Mexico, and Concepcion

Ibarra, a native and citizen of El Salvador, petition pro se for review of the Board

of Immigration Appeals' ("BIA") order dismissing their appeal from an

immigration judge's decision denying special rule cancellation of removal under

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

the Nicaraguan Adjustment and Central American Relief Act ("NACARA"). Our jurisdiction is governed by 8 U.S.C. § 1252. We deny in part and dismiss in part the petition for review.

Petitioners fail to address, and therefore waive any challenge to, the agency's determination that they did not establish eligibility for special rule cancellation under NACARA. *See Rizk v. Holder*, 629 F.3d 1083, 1091 n.3 (9th Cir. 2011) (issues not raised in the opening brief are waived).

We lack jurisdiction to consider petitioners' unexhausted contention regarding eligibility for asylum and related relief. *See Tijani v. Holder*, 628 F.3d 1071, 1080 (9th Cir. 2010) ("We lack jurisdiction to review legal claims not presented in an alien's administrative proceedings before the BIA.").

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**